UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| PLANET BINGO, LLC,<br>a California limited liability company,<br><br>       Plaintiff,<br> v.<br><br>MICHAEL KERR, an individual;<br>RANDY VON DRASEK, an individual;<br>ROY M. STEVENS, JR., an individual; and<br>BIGTRAK TECHNOLOGIES, LLC, a Texas<br>limited liability company,<br><br>       Defendants. | Case No. 5:10-cv-00315-RS-EMT |

## NOTICE OF FILING PLAINTIFF'S ATTORNEY TIME RECORDS

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 54.1(B) and the Court's Initial Scheduling Order of January 5, 2011 (Doc. 9), Weiss & Moy, P.C., attorneys for Plaintiff Planet Bingo, LLC have submitted their time records, under seal, for the period up to and including January 31, 2011.  The time records are summarized as follows:

  TOTAL ATTORNEY HOURS UP TO JANUARY 31, 2011:  56.4

  TOTAL NON-ATTORNEY HOURS UP TO JANUARY 31, 2011:  5.2

/ / /

/ / /

/ / /

/ / /

/ / /

Dated:  February 15, 2011       Respectfully submitted,

WEISS & MOY, P.C.


 s/ Karen J.S. Fouts
Jeffrey Weiss*
District of Columbia Bar No. 437138
1101 14th Street NW, Suite 500
Washington, DC 20005
(202) 682-1722
(202) 204-1300 (fax)
jweiss@weissiplaw.com

Karen J.S. Fouts*
Michigan Bar No. P72925
40 Pearl Street NW, Suite 920
Grand Rapids, Michigan 49503-3032
(616) 301-3025
(616) 301-3024 (fax)
kfouts@weissiplaw.com

Attorneys for Plaintiff Planet Bingo, LLC

*Admitted to practice in Northern District of Florida

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2011, I electronically filed the foregoing document, entitled NOTICE OF FILING PLAINTIFF'S ATTORNEY TIME RECORDS, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Richard M. Dunn
   Florida Bar No. 0126953
   Wachovia Financial Center
   200 South Biscayne Blvd.
   Suite 4410
   Miami, FL 33131-4332
   (305) 704-5940
   (305) 704-5955 (fax)
   rdunn@cozen.com

   *Attorneys for Defendants Michael Kerr, Randy Von Drasek, Roy M. Stevens, Jr. and BigTrak Technologies, LLC*

                                                             s/ Karen J.S. Fouts
                                                             Karen J.S. Fouts