IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANT BINGO, LLC, a California
Limited Liability Company,

    Plaintiff,

vs.                                    CASE NO. 5:10cv315/RS-EMT

MICHAEL KERR; RANDY VON
DRASEK; ROY M. STEVENS, JR.;
and BIGTRAK TECHNOLOGIES, LLC,
a Texas Limited Liability Company,

    Defendants.

_____/

## ORDER

Joint Rule 26(f) Report & Meeting Of Counsel (Doc. 26). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date.

**IT IS ORDERED** that the parties shall file an amended joint report not later than February 28, 2011, with dates consistent with a discovery deadline of October 7, 2011, and jury trial in Panama City on December 12, 2011.

**ORDERED** on February 18, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**