IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLANET BINGO, LLC, a California
Limited Liability Company,

    Plaintiff,

vs.                                             CASE NO. 5:10cv315/RS-EMT

MICHAEL KERR; RANDY VON
DRASEK; ROY M. STEVENS, JR.;
and BIGTRAK TECHNOLOGIES, LLC,
a Texas Limited Liability Company,

    Defendants.

_____/

## ORDER

Before me is the Joint Stipulated Motion To Reschedule The April 5, 2011, Hearing On Posting A Bond (Doc. 39).

**IT IS ORDERED** that the hearing on Defendants' Motion To Post Bond Under Fla. Stat. §501.211, (Doc. 11), is rescheduled for May 17, 2011, at 11:00 a.m., CDT.

**ORDERED** on March 23, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**