# United States District Court
CIVIL MINUTES - GENERAL

Time: 11:05 a.m. - 12:15 p.m.　　　　　　　　　　　　　　　　　Case # 5:10cv315-RS/EMT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date   May 17, 2011

Title   PLANET BINGO LLC v. KERR et al

DOCKET ENTRY:   Motion Hearing
- **[11] Motion to Post Bond**
- **[54] Emergency Motion for Protective Order**

PRESENT:    HONORABLE   **Richard Smoak**  , Presiding

　　Kristin Cowdell　　　　　　　　　　　　　　　　　　Lisa Jones
　　Deputy Clerk　　　　　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF　　　ATTORNEYS PRESENT FOR DEFENDANT

  Jeffrey Weiss (JW)　　　　　　　　　　　　　Erik Jackson (EJ)

PROCEEDINGS

11:05   Court in Session
- Counsel state their appearances. (JW)(EJ)
- Court: Today we will deal with Defendant's Application for Bond & Plaintiff's Motion for Protective Order

11:07   Defendant proffer re: Application for Bond (EJ)
11:34   Plaintiff responds. (JW)
11:53   Defendant responds. (EJ)
12:05   Discussion re: Plaintiff's Motion for Protective Order. Counsel has reached an agreement on the issue and will submit a proposed order to the Court. (EJ)(JW)
- Court: oral order on Application for Bond - The Plaintiffs must post a $50,000.00 bond within 21 days pursuant to Fla. Stat. § 501.211.

12:15   Court Adjourned